UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISRAEL VALLE,

            Plaintiff,

  -against-

STATE OF NEW YORK,

            Defendant.

-----------------------------------------------------------------X

ISRAEL VALLE,

            Plaintiff,

  -against-

UNITED STATES OF AMERICA; GEORGE
WALKER BUSH, STATE AND CITY
OF NEW YORK,

            Defendants.

-----------------------------------------------------------------X

JUDGMENT

MC-05-111 (DGT)

MC-05-113 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 14 200_ ★

P.M. _____
TIME A.M. _____

An Order of Honorable David G. Trager, United States District Judge, having been filed on June 7, 2005, denying plaintiff's request for leave to file these actions; denying plaintiff's other applications as moot; and certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's request for leave to file these actions is denied; that plaintiff's other applications are denied as moot; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal of this Order would not be taken in good faith.

Dated:  Brooklyn, New York
          June 8, 2005

                                                  s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court